# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DB INSURANCE CO., LTD. (U.S. BRANCH), a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES KEENER, an individual; JAMES KEENER, as Trustee for JAMES H. KEENER 401K PROFIT SHARING PLAN; RUBEN RUEDA MARQUEZ, an individual,<br><br>Defendants. | CASE NO: 4:25-cv-09343-AMO<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO PERMIT REMOTE APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO STAY FEDERAL PROCEEDINGS**<br><br>Date:   7/16/2026<br>Time:   2:00 p.m.<br><br>Complaint Filed: 10/30/2025 |

On May 14, 2026, Plaintiff DB Insurance Co., Ltd. (U.S. Branch), hereinafter "DBIC," and Defendants James Keener, individually and as trustee for James H. Keener 401K Profit Sharing Trust (collectively "Keener"), jointly brought a stipulated motion for administrative relief pursuant to Civil Local Rule 7-11 and this Court's Standing Order No. C.2., seeking an Order allowing counsel for the jointly moving parties to appear and participate remotely via Zoom at the Initial Case Management Conference (Dkt. 17) and the hearing on Keener's Motion to Stay Federal Proceedings (Dkt. 20) which are both scheduled to take place on July 16,

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF**

2026, at 2:00 p.m. at 1301 Clay Street, Oakland, CA 94612 before the Honorable Judge Araceli Martínez-Olguín (Dkt. 24).

The Court, having considered DBIC and Keener's motion and accompanying stipulation, hereby GRANTS the motion and ORDERS that counsel for the parties are permitted to appear and participate remotely via Zoom at the Initial Case Management Conference and Motion to Stay Federal Proceedings on July 16, 2026, at 2:00 p.m. before the Honorable Judge Araceli Martínez-Olguín.

IT IS SO ORDERED.

DATED: _____

_____
Hon. Araceli Martínez-Olguín
United States District Judge

**The Court TERMINATES the request as moot.**



IT IS SO ORDERED

Judge Araceli Martínez-Olguín

DATED: 7/1/2026

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA